CONSOLIDATED SERVICE STATIONS, INC., Respondent, *v.* CITIES SERVICE OIL COMPANY, Appellant.

Argued March 4, 1952; decided March 14, 1952.

*Benjamin Mosher* and *George H. Colin* for appellant.

*Hyman Grill* and *Henry A. Panoff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.